**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| THEOPHANY WILLIAMS, | No. C 10-02650 LB |
| Plaintiff(s), | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |
| v. | |
| CITY OF SAN FRANCISCO, | |
| Defendant(s). | |

_____/

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or request reassignment to a United States District Judge.  Each party shall file either a consent or

/ / /

/ / /

/ / /

ORDER (C 10-02650)

1    declination form attached to this Order by September 3, 2010.

2    **IT IS SO ORDERED.**

3    Dated: August 24, 2010

                               LAUREL BEELER

4                              United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

ORDER (C 10-02650)

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8

## UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

11    THEOPHANY WILLIAMS,                          No.  C 10-02650 LB

12                    Plaintiff(s),        **CONSENT TO PROCEED BEFORE A**
                                           **UNITED STATES MAGISTRATE JUDGE**
13        v.

14    CITY OF SAN FRANCISCO,

15                    Defendant(s).
      _____/
16

17         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18         In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

19    consents to have a United States Magistrate Judge conduct any and all further proceedings in the

20    case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken

21    directly to the United States Court of Appeals for the Ninth Circuit.

22

23    Dated: _____        _____
                                                  Signature
24
                                                  Counsel for _____
25                                                (Plaintiff, Defendant or indicate "pro se")

26
27
28

C 10-02650 LB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

THEOPHANY WILLIAMS,

         Plaintiff(s),

   v.

CITY OF SAN FRANCISCO,

         Defendant(s).
_____/

No.  C 10-02650 LB

**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-02650 LB