1 | LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
2 | 5032 Woodminster Lane
Oakland, CA 94602
3 | (510)530-4078
(510)530-4725/FAX
4 |
5 | Attorney for Plaintiff,
THEOPHANY WILLIAMS
6 |
7 |
8 |                   UNITED STATES DISTRICT COURT
9 |                   NORTHERN DISTRICT OF CALIFORNIA

10 | THEOPHANY WILLIAMS,                    )  Case No.: C 10-02650 LB
                                            )
11 |              Plaintiff,                )  STIPULATION AND ~~PROPOSED~~
                                            )  ORDER TO CONTINUE CASE
12 | v.                                     )  MANAGEMENT CONFERENCE
                                            )
13 | CITY OF SAN FRANCISCO; GEORGE GASCON,  )
     CITY OF SAN FRANCISCO CHIEF OF POLICE; )
14 | CITY OF SAN FRANCISCO PEACE OFFICERS   )
     JOSEPH SIRAGUSA (BADGE #741), MICHAEL  )
15 | EVANS (BADGE #1602);                   )
     and DOES 1 – 100, inclusive,           )
16 |                                        )
                 Defendants.                )
17 |

      At the request of Plaintiff's counsel due to a calendar conflict, IT IS HEREBY

18 | STIPULATED by and between counsel for plaintiff and counsel for defendants that the Initial

19 | Case Management Conference now set for September 23, 2010 at 9:00 a.m. before the

20 | Honorable Laurel Beeler be continued to October 14, 2010 at 1:30 p.m.

21 |

22 | Dated: September 14, 2010          Respectfully submitted,

23 |                                    LAW OFFICES OF PANOS LAGOS

24 |

25 |                                    _____
                                         Panos Lagos, Esq.
26 |                                     Attorneys for Plaintiff,
                                         THEOPHANY WILLIAMS
27 |

28 | ///

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         - 1 -
C 10-02650 LB

1 | Dated: September 14, 2010      DENNIS J. HERRERA
2 |                                City Attorney
  |                                JOANNE HOEPER
3 |                                Chief Trial Deputy
  |                                WARREN METLITZKY
4 |                                Deputy City Attorney
5 |
6 |                         By: _____/s/_____
  |                              WARREN METLITZKY
7 |
  |                         Attorneys for Defendants
8 |                         CITY OF SAN FRANCISCO; GEORGE GASCON,
  |                         CHIEF OF POLICE; AND OFFICERS JOSEPH
9 |                         SIRAGUSA AND MICHAEL EVANS

10 |                                **ORDER**

11 | Pursuant to the parties' stipulation and good cause appearing therefore,

12 |     IT IS HEREBY ORDERED that the Initial Case Management Conference is hereby

13 | rescheduled to October 14, 2010 at 1:30 p.m. before the Honorable Laurel Beeler.  The previous

14 | set date of September 23, 2010 at 9:00 a.m. is vacated.

15 |     The parties shall report to Courtroom 4, on the 3rd floor, U.S. Courthouse, 1301 Clay

16 | Street, Oakland, CA, 94612.

17 |

18 | Dated: September 15, 2010         IT IS SO ORDERED

19 |                                   _____/s/_____
  |                                   HONORABLE LAUREL BEELER
20 |                                   MAGISTRATE JUDGE
  |                                   UNITED STATES DISTRICT COURT