UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPHANY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-10-2650 LB (EMC)<br><br>**ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>**(Docket No. 22)** |

    By letter dated January 19, 2011, Individual Defendants former Chief of Police George Gascon and Officers Joseph Siragusa and Michael Evans, through their counsel Warren Metlitzky, City Attorney, City and County of San Francisco, requested to be excused from personally appearing at the settlement conference scheduled for January 27, 2011. No opposition was filed by any party.

    Upon consideration of the request, the Court finds good cause for excusing personal attendance and **GRANTS** Individual Defendants' request.

    If the Court concludes that the absence of Individual Defendants is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including all Individual Defendants.

    IT IS SO ORDERED.

Dated: January 21, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge