UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THEOPHANY WILLIAMS,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-02650 LB<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDERING PLAINTIFF TO FILE DISMISSAL** |

　　　On January 27, 2011, the parties agreed to a settlement. Minute Entry, ECF No. 25. In light of this development, the court **VACATES** the case management conference set for February 3, 2011 and **ORDERS** the plaintiff to file a dismissal of this case by March 4, 2011.

**IT IS SO ORDERED.**

Dated: February 2, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-02650 LB