# UNITED STATES DISTRICT COURT

## Northern District of California

Oakland Division

| | |
|---|---|
| THEOPHANY WILLIAMS, | No. C 10-02650 LB |
| Plaintiff, | **SECOND ORDER DIRECTING PLAINTIFF TO FILE DISMISSAL** |
| v. | |
| CITY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

On January 27, 2011, the parties agreed to a settlement. Minute Entry, ECF No. 25. On February 2, 2011, the court ordered Williams to file a dismissal of this case by March 4, 2011. Order, ECF No. 26. On February 28, 2011, Williams filed a letter stating that the payment of the settlement monies would not be completed by March 4, 2011 and asked the court to "provide a new date by which the Complaint is dismissed." ECF No. 27. Williams failed to provide any information as to when the settlement monies would be paid. Additionally, the letter appears to misunderstand the court's February 2 order. Williams must file a dismissal before the court will order one. Accordingly, the court **ORDERS** Williams to file a dismissal of this case by April 1, 2011. If Williams requires more time, he shall specify the time frame in his request.

**IT IS SO ORDERED.**

Dated: March 1, 2011

_____
LAUREL BEELER
United States Magistrate Judge

SECOND ORDER DIRECTING PLAINTIFF TO FILE DISMISSAL (C 10-02650 LB)